**IT IS ORDERED as set forth below:**

Date: June 21, 2010

_____
**Paul W. Bonapfel**
**U.S. Bankruptcy Court Judge**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

```
IN RE:                              )    CHAPTER 7
                                    )
TEDDY SHANE DUTTON                  )    CASE NO. 10-41618-PWB
f/k/a TONYA NICOLE JOHNSON,         )
TONYA NICOLE DUTTON,                )
                                    )
     Debtor(s).                     )
----------------------------------- -----------------------------------
                                    )
U.S. BANK, N.A. ITS                 )    CONTESTED MATTER
SUCCESSORS AND/OR ASSIGNS,          )
                                    )
     Movant,                        )
                                    )
vs.                                 )
                                    )
TEDDY SHANE DUTTON                  )
f/k/a TONYA NICOLE JOHNSON,         )
TONYA NICOLE DUTTON, and            )
THOMAS RICHARDSON, as               )
Trustee,                            )
                                    )
     Respondents.                   )
```

**ORDER**

This matter arose upon the Motion for Relief From Stay of 11 U.S.C. § 362 filed by Movant, who contends it is the holder of a Deed to Secure Debt (hereinafter referred to as the "Security

Deed"), encumbering certain property known as 216 Oakland Drive SE, Calhoun, GA. 30701, as more particularly described in Exhibit "A" attached to the Motion (hereinafter referred to as the "Property"). Hearing before this Court was set for 06/16/2010, upon Notice of Assignment of Hearing to each of the above-captioned parties in interest. No opposition was presented by Debtor, Debtor's counsel, or Trustee; accordingly, it is hereby

ORDERED that the automatic stay of 11 U.S.C. Section 362 is modified to allow Movant, its successors and assigns, to commence foreclosure proceeding against the Property pursuant to applicable state law, and to assert any or all of its respective rights under applicable state law as to the collateral. It is further

ORDERED that all foreclosure sale proceeds which exceed Movant's lawful debt shall be paid to the Trustee promptly.

A copy of this Order shall be mailed to the individuals identified on the Distribution List attached hereto. It is

FURTHER ORDERED that relief granted herein shall not be stayed by BR 4001(a)(3).

**[END OF DOCUMENT]**

PRESENTED BY:

LEVINE, BLOCK & STRICKLAND, LLP

BY: _____
Ronald A. Levine, Esq.
(GA Bar No. 448736)
Attorneys for Movant
780 Johnson Ferry Road
Suite 240
Atlanta, GA 30342
(404) 231-4567

**PARTIES TO BE SERVED**

Teddy Shane Dutton fka Tonya nicole Johnson
Tonya Nicole Dutton
216 Oakland Drive SE
Calhoun, Georgia 30701

W. Bennett Gaff, Esquire
Post Office Box 1897
Jasper, GA. 30143

Thomas Richardson, Esq.
Brinson, Askew, Berry, et al.
P.O. Box 5007
Rome, GA 30162-5007

Ronald A. Levine, Esq.
Levine, Block & Strickland, LLP.
780 Johnson Ferry Road
Suite 240
Atlanta, GA 30342